UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:20-CV-60466-RAR

JEROME WILLIAMS,

    Plaintiff,

vs.

E. COMMERCIAL DONUTS, LLC d/b/a
DUNKIN DONUTS,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, JEROME WILLIAMS ("Plaintiff"), and Defendant, E. COMMERCIAL DONUTS, LLC ("Defendant"), have reached a settlement in the above-referenced case. The Parties are in the process of finalizing settlement documents and request 30 days to submit documents related to the closure of this case.

Dated: April 10, 2020

Respectfully Submitted,

| | |
|---|---|
| By: *s/ Micah J. Longo* | By: *s/ Edwin Cruz* |
| Micah J. Longo, Esq. | Scott S. Allen, Esq. |
| Florida Bar No. 97333 | Florida Bar No. 143278 |
| E-mail: *mlongo@longofirm.com* | E-mail: *scott.allen@jacksonlewis.com* |
| THE LONGO FIRM, P.A. | Edwin Cruz, Esq. |
| 12555 Orange Drive, Ste 233 | Florida Bar No. 55579 |
| Davie, Florida 33330 | E-mail: *edwin.cruz@jacksonlewis.com* |
| Telephone: (954) 862-3608 | JACKSON LEWIS P.C. |
| Fax: (954) 944-1916 | One Biscayne Tower, Suite 3500 |
| | 2 South Biscayne Boulevard |
| *Counsel for Plaintiff* | Miami, Florida 33131 |
| | Telephone: (305) 577-7600 |
| | |
| | *Counsel for Defendant* |

CASE NO. 0:20-CV-60466-RAR

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Edwin Cruz<br>
Edwin Cruz, Esq.

## SERVICE LIST
### United States District Court, Southern District of Florida

### Jerome Williams v. E. Commercial Donuts, LLC
### Case No: 0:20-CV-60466-RAR

Micah J. Longo, Esq.
Florida Bar No. 97333
E-mail: *mlongo@longofirm.com*
THE LONGO FIRM, P.A.
12555 Orange Drive, Ste 233
Davie, Florida 33330
Telephone: (954) 862-3608
Fax: (954) 944-1916

*Counsel for Plaintiff*

Scott S. Allen, Esq.
Florida Bar No. 143278
E-mail: *scott.allen@jacksonlewis.com*
Edwin Cruz, Esq.
Florida Bar No. 55579
E-mail: *edwin.cruz@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Defendant*